725

for the District of Columbia granted. *Solicitor General Reed* for petitioner. *Messrs. James Quarles* and *Louis Quarles* for respondent.

No. 847. URBAN PROPERTIES CO. *v.* IRVING TRUST CO., TRUSTEE. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Arthur F. Gotthold* for petitioner. *Mr. Wm. D. Whitney* for respondent.

No. 831. ALEXANDER ET AL. *v.* HILLMAN ET AL. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. M. Robinson, Edwin W. Smith, Arthur S. Dayton,* and *E. C. Higbee* for petitioners. *Messrs. Edward W. Knight, George E. Alter,* and *Alexander J. Barron* for respondents.

No. 832. ALEXANDER ET AL. *v.* HILLMAN ET AL. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. M. Robinson, Edwin W. Smith, Arthur S. Dayton,* and *E. C. Higbee* for petitioners. *Messrs. Edward W. Knight, George E. Alter,* and *Alexander J. Barron* for respondents.

No. 834. MORRISSEY ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. May 13, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Theodore B. Benson* for petitioners. *Solicitor General Reed, Assistant Attorney*